IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BARBARA L. RUTLEDGE,

    Plaintiff,

  vs.                          Civil Action 2:11-CV-594
                                Judge Marbley
                                Magistrate Judge King

RESCARE CENTRAL OHIO,

    Defendant.

## ORDER

On July 11, 2011, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed for lack of subject matter jurisdiction.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  This action is hereby **DISMISSED.**  The Clerk is DIRECTED to enter FINAL **JUDGMENT**.


                                          s/Algenon L. Marbley
                                            Algenon L. Marbley
                                    United States District Judge